

North Carolina Western

## MEMORANDUM

**DATE:** February 20, 2008

**TO:** The Honorable Graham C. Mullen
U.S. District Court Judge

**FROM:** Richard Graybill
U.S. Probation Officer

**SUBJECT:** Nicholas Francis
Docket #: 3:03CR00197-001
<u>**Request for Permission to Travel Outside the Country**</u>

---

The above-mentioned defendant was sentenced in the Western District of North Carolina, by Your Honor, on 01/24/06, for the offense of Transportation of Stolen Goods In Interstate or Foreign Commerce, in violation of 18:2314 and 2. At that time he was sentenced to three (3) years probation with the following special conditions: (1) The defendant shall pay a $100 special assessment (paid); (2) The defendant shall perform 50 hours of community service (complete); & (3) The defendant shall submit to 12 months home detention (complete).

According to the Presentence Report, Mr. Francis was born in Lebanon. His father is deceased, however, his 81 year old mother still resides in that country and suffers from heart problems. Most recently the defendant submitted documents indicating that his mother suffers from a medical condition that he described as cancer. I have enclosed these documents for your review.

Mr. Francis is requesting permission to travel to his home country for approximately 30 days so that he may visit his mother. He has complied with most conditions of supervision to date, however, he was arrested in Union Co., NC, and charged with Driving While Impaired. This matter remains pending at this time. He has maintained a positive and respectful attitude during the period of supervision.

Should Your Honor grant Mr. Francis' request, please check the appropriate box below and return to my office for further processing. If additional information or clarification is needed, please contact my office.

Approved By: _____
Keith S. Snyder, II
Supervising U.S. Probation Officer

[✓] Approve
[ ] Disapprove

26 Feb 2008                 _____
Date                        Signature of Judicial Officer